## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| KATHERINE L. SMITH AND | ) | Case No. 19-18671 |
| RICHARD L. SMITH, | ) | |
| Debtor(s). | ) | Judge: BAER |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Gina Krol, Chapter 7 Trustee: gkrol@cohenandkrol.com

*To the following persons or entities who have been served via U.S. Mail:*

    See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Kane County Courthouse, 100 S. 3rd St., Geneva, IL 60134 and in the following courtroom (or any other place posted), and present the attached **Motion to Withdraw as Attorney for Debtor,** at which time and place you may appear.

    JUDGE:    BAER
    ROOM:    240
    DATE:    August 23, 2019
    TIME:    11:00 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: August 8, 2019        /s/ Christine H. Clar
                                                                Christine H. Clar, A.R.D.C. #6202332
                                                                Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Katherine and Richard Smith
510 Spruce St.
Aurora, IL 60506

AT&T Bankruptcy Dept.
5407 Andrew Highway
Midland, TX 79706-2851

American First Finance
7330 W. 33rd St.
Wichita, KS 67205-9369

American First Finance
c/o Becket & Lee
P.O. Box 3002
Malvern, PA 19355-0702

Americollect
P.O. Box 2080
Manitowoc, WI 54221-2080

ARS Account Resolution
1643 NW 136 Ave., Bldg. H
Sunrise, FL 33323

Aurora Emergency Assoc.
3429 Regal Drive
Alcoa, TN 37701-3265

Caine & Weiner Co.
12005 ford Rd., #300
Dallas, TX 75234-7262

Cardiomedix, Inc.
1840 Oak Ave., Ste. 218
Evanston, IL 60201-3688

City of Aurora
Finance Dept., Red Light Camera
44 E. Downer Place
Aurora, IL 60505

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL 60523-1502

Contract Callers
501 Green Street
Augusta, GA 30901-4415

Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057-4927

Convergent Outsourcing
P.O. Box 9004
Renton, WA 98057-9004

DuPage Medical Group
1100 W. 31st St., Ste. 300
Downers Grove, IL 60515

Easypay/DVRA
3220 Executive Ridge
Vista, CA 92081-8571

Enhanced Recovery
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Franklin Collection
2978 W. Jackson St.
Tupelo, MS 38801

Illinois DCFS
509 S. 6th St.
Springfield, IL 62701-1809

Illinois Tollway
P.O. box 5544
Chicago, IL 60680-5491

Inpatient Consultants of Illinois
1333 Butterfield Rd., Ste. 130
Downers Grove, IL 60515-5641

Joliet Radiological Service
36910 Treasury Center
Chicago, IL 60694

Lou Harris Co.
1040 S. Milwaukee Ave.
Wheeling, IL 60090

Merchants Credit Guide
223 W. Jackson St.
Chicago, IL 60606

Nicor Gas, Bankruptcy Dept.
P.O. Box 549
Aurora, IL 60507

Petland Naperville
720 IL 59, #112
Naperville, IL 60540

ReadyFresh by Nestle
#215 6661 Dixie Highway, Ste. 4
Lousiville, KY 40258

Receiv Recovery
110 Veterans Memorial
Metairie, LA 70005

Rozlin financial Group
1628 Dekalb Ave.
Sycamore, IL 60178

Samantha Carpenter
541 Prairie Ridge Drive
Woodstock, IL 60098

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207

US Dept. of Ed
P.o. Box 5609
Greenville, TX 75403

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| KATHERINE L. SMITH AND | ) | Case No. 19-18671 |
| RICHARD L. SMITH, | ) | |
| Debtor(s). | ) | Judge: BAER |

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

NOW COMES the Attorneys for Debtor, DAVID M. SIEGEL & ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On July 1, 2019, the Debtors filed a voluntary petition for relief pursuant to Chapter 7 under Title 11 USC. The Gina Krol was appointed Chapter 7 trustee.

3. That the Meeting for Creditor's was originally scheduled and held on August 5, 2019. A no asset report was issued.

4. There exists a lack of effective communication between the Debtor and counsel which makes representation impracticable.

5. The Attorney for Debtor seeks to withdraw from this representation pursuant to Local Bankruptcy Rule 2091-1.

6. The Debtor will not be unduly prejudiced if counsel is allowed to withdraw from this representation.

WHEREFORE, the Attorney for Debtor respectfully requests that this Honorable Court grant the motion to Withdraw as Attorney for Debtor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100